IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUDIE JAMES ROSE, | |
| Plaintiff, | 8:12-CV-119 |
| vs. | |
| | ORDER |
| MICHAEL FLAIRTY, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Joint Stipulation to Amend Case Caption (filing 99).

IT IS ORDERED:

1.  The Joint Stipulation to Amend Case Caption (filing 99) is granted.

2.  The Clerk of the Court is directed to amend the case caption as provided in the stipulation (filing 99).

Dated this 7th day of February, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge